OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 12, 2005

Richard Allen Paul, Esq.
E. I. duPont de Nemours & Co., Inc.
1007 Market St.
Legal, Room D-7142
Wilmington, DE 19898

RE: Paccom Leasing Corporation and P & A Associates v. E.I. duPont de Nemours & Co., Inc., et al.

Civil Action No. 89-255 JJF

Dear Counsel:

The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than August 26, 2005 whether you wish to retrieve the exhibits or have them discarded. I the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,

Peter T. Dalleo, Clerk

*[signature: Anita Bolton]*

Anita Bolton
Courtroom Deputy

Deft. _[signature]_                                date  2-6-06